UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
             *Plaintiff-Appellee,*

v.

NELSON PEREZ, a/k/a Pop, a/k/a Eric
Epps,
             *Defendant-Appellant.*

No. 01-4295

Appeal from the United States District Court
for the Western District of Virginia, at Charlottesville.
James H. Michael, Jr., Senior District Judge.
(CR-94-41)

Submitted: September 13, 2001

Decided: September 25, 2001

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Edward H. Childress, Charlottesville, Virginia, for Appellant. Ruth
Plagenhoef, United States Attorney, Jean Barrett Hudson, Assistant
United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Nelson Perez appeals the twenty-four-month prison sentence the district court imposed after revoking his supervised release. Perez asserts that the sentence was plainly unreasonable because it exceeded the eight-to-fourteen month sentence suggested under *U.S. Sentencing Guidelines Manual* § 7B1.4, p.s. (2000). Perez also claims that the court failed to consider the availability of a substance abuse treatment program and other factors in 18 U.S.C.A. § 3553(a) (West 1985 & Supp. 2001) before imposing sentence. We affirm.

After a thorough review of the record, we conclude that the district court did not abuse its discretion in sentencing Perez to a twenty-four-month term of imprisonment. *See United States v. Davis*, 53 F.3d 638, 642 (4th Cir. 1995) (providing standard of review). We also find that the district court properly considered the factors set forth in § 3553(a). *Id.* ("A court need not engage in ritualistic incantation in order to establish its consideration of a legal issue. It is sufficient if . . . the district court rules on issues that have been fully presented for determination. Consideration is implicit in the court's ultimate ruling.").

Accordingly, we affirm Perez's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*